No. 78–6729.  YOUNG *v.* MABRY, CORRECTION COMMISSIONER.  C. A. 8th Cir.  Certiorari denied.

No. 78–6731.  BECKNELL v. TEXAS BUS LINES.  C. A. 5th Cir.  Certiorari denied.

No. 78–6732.  PARRIS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 78–6735.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–6736.  HICKEY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 78–6737.  COLE *v.* RADFORD ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 78–6738.  ROSS *v.* REED, SECRETARY, DEPARTMENT OF CORRECTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–6741.  LAWRENCE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–6742.  NORRIS *v.* MINTZ ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 78–6744.  GREEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–6749.  KLEASEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–6751.  BARNES *v.* JONES, CORRECTIONAL SUPERINTENDENT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 78–6752.  ELMORE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–6753.  GONZALES *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.